## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Leonard B. Sand<br>Senior U.S. District Judge | OFFENSE: Docket #: 99-CR-1235-01: Ct. 1: Conspiracy to Commit Investment Advisory Fraud, Wire Fraud, and Commercial Bribery (18 U.S.C. 371); Cts 2, 3, 4 & 5: Investment Advisory Fraud (15 U.S.C. 80b-6 and 80b-17).<br>Docket #: 01-CR-1140-01: Cts. 1, 2 & 3: Investment Advisory Fraud (15 U.S.C. 80b-6, 80b-17 and 18 U.S.C. 2); Cts. 5,7 & 8: Mail Fraud (18 U.S.C. 1341, 1346 and 2). |
| | | ORIGINAL SENTENCE: 151 months imprisonment, followed by a three (3) year term of supervised release. |
| FROM: | Giavonnii A. Foderingham<br>U.S. Probation Officer Asst. | SPEC. CONDITIONS: The defendant shall provide the probation officer with access to any requested financial information. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. A $1,000 special assessment, $17,500 fine, and restitution in the amount of $5,818,500.00 under Docket #: 99-CR-1235-01. A $600 special assessment, $17,500 fine, and restitution in the amount of $6,590,151.00 under Docket #: 01-CR-1140-01. |
| | | AUSA: George S. Canellos |
| | | DEF ATTY: Jeffrey G. Pittell, Esq. |
| RE: | Alan Bond<br>Docket # 99-CR-1235-01(LBS)<br>01-CR-1140-01(LBS) | MED: June 8, 2012 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-12

DATE OF SENTENCE: February 11, 2003

DATE: April 16, 2012

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
                VIOLATION  PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION  X

Name of Offender: Alan Bond  Docket Number: 99-CR-1235-01 (LBS)
                              01-CR-1140-01 (LBS)

-2-

## RESTITUTION/FINE BALANCE WITH MED

Reference is made to the above named offender who was sentenced by Your Honor as indicated above. Following his release from imprisonment, on June 9, 2008, Bond commenced his three (3) year term of supervised release in the District of New Jersey.

On May 16, 2011, Bond's supervision term was extended by one (1) year due to the offender being the subject of an open investigation by the United States Securities Exchange Commission (SEC). Notably, on January 10, 2012, the investigation was closed.

Reportedly, since the commencement of supervision, Bond has maintained gainful employment, and has been in overall compliance with the terms and conditions of supervision. With regard to his financial obligations to the Court, under docket number 99-CR-1235, the offender has satisfied the $1,000 special assessment, and made payments totaling $115,240.92 toward the restitution obligation leaving a balance of $5,684,759.08. Notably, no payments have been made or applied to the $17,500 fine under said docket.

With regard to his financial obligations under docket number 01-CR-1140, the offender has satisfied the $600 special assessment and $17,500 fine. Additionally, he has made payments totaling $5,706,611.67 toward the restitution, leaving a balance of $883,539.33.

In January 2012, our office received correspondence from the District of New Jersey advising of the offender's impending expiration from supervision and requesting that we approach the Court to request that supervision be allowed to terminate as scheduled.

Name of Offender: Alan Bond                     Docket Number: 99-CR-1235-01 (LBS)
                                                                01-CR-1140-01 (LBS)

-3-

## RECOMMENDATION

Bond's supervision term is scheduled to expire on June 8, 2012. Although he has not satisfied the Court ordered restitution, we believe the offender has made payments to the best of his financial ability.

Inasmuch as the U.S. Attorney's Office Financial Litigation Unit is expected to continue the enforcement of the restitution order beyond the expiration of supervision, the probation office respectfully recommends that the offender be allowed to expire as scheduled.

We stand ready to execute the orders of the Court and have attached a response page in order to facilitate Your Honor's reply.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Giavonnii A. Foderingham
U.S. Probation Officer Asst.
212-805-5082

Approved by: _____  4/16/12
             Enid Febus                Date
             Supervising U.S. Probation Officer

Name of Offender: Alan Bond                    Docket Number: 99-CR-1235-01 (LBS)
                                                              01-CR-1140-01 (LBS)

-4-

27941/GAF

## JUDICIAL RESPONSE

THE COURT ORDERS:

[X]   Supervision to Expire as Scheduled on June 8, 2012, Granted

[ ]   Supervision to Expire as Scheduled on June 8, 2012, Denied

[ ]   Other

_____
_____
_____

_____
Signature of Judicial Officer

4/16/12
_____
Date